UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SECURE CARD MANAGEMENT LLC,                        :
:
Plaintiff,           :
:                    23-CV-10289 (JMF)
-v-                  :
:                    TRANSFER ORDER
COTTONWOOD VENDING, LLC et al.,                    :
:
Defendants.          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 22, 2023, this action was removed from New York Supreme Court. *See* ECF No. 1. In light of *In re Cottonwood Vending, LLC*, Case No. 23-43027, a related bankruptcy proceeding pending in the United States Bankruptcy Court for the Eastern District of New York, the Court issued an order to show cause stating that it was inclined to exercise its discretion under Section 1404(a) by transferring the case to the Eastern District of New York. *See* ECF No. 4. The deadline (later extended) to file an objection to such transfer having passed, *see* ECF No. 7, and no objection having been filed, the Court orders that this case be TRANSFERRED. The Clerk of the Court is directed to transfer this case to the United States District Court for Eastern District of New York **immediately**, without regard to Local Rule 83.1.

      SO ORDERED.

Dated: December 14, 2023
       New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge